## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Larry A. Kovalak, Sr., | : | Bankruptcy Case No.: 18-23100-GLT |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| _____ | : | Document No.: |
| Larry A. Kovalak, Sr., | : | |
| | : | Related to Document No.: 17 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| AEG Management Pittsburgh, LLC, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on August 10, 2018, via first class mail postage prepaid:

**AEG management Pittsburgh, LLC**
**ATTN: Payroll Department**
**1001 Fifth Avenue**
**Pittsburgh, PA  15219**

Executed on:  August 10, 2018

<div style="margin-left: 2em;">

s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

125 Warrendale-Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor(s)

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor(s)

</div>