# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Larry A. Kovalak, Sr., | : | Case No. 18-23100-GLT |
| Debtor. | : | Chapter   13 |
| Larry A. Kovalak, Sr., | : | Document No.: |
| Movant, | : | Related to Document No.: 8, 11 |
| v. | : | |
| American InfoSource LP, Credit One Bank, First Premier, KML Law Group, PC, LVNV Funding, LLC, Peoples Natural Gas Co, Plain Green LLC, Quantum3 Group, LLC, S. James Wallace, P.C., SPS Select Portfolio Servicing, T-Mobile, Verizon, Webbank/Fingerhut, | : | |
| Creditors, | : | |
| and | : | |
| Ronda J. Winnecour, Trustee, | : | **Hearing Date and Time:** September 12, 2018 at 11:00 a.m. |
| Respondents. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING EXPEDIATED MOTION TO EXTEND AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on August 3, 2018 at Document No. 8 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 11, Objections were to be filed and served no later than August 23, 2018.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 8 be entered by the Court.

Date: <u>August 24, 2018</u>                                   s/ Brian C. Thompson
                                                               Brian C. Thompson, Esquire
                                                               Attorney for Debtor(s)
                                                               PA ID No. 91197
                                                               THOMPSON LAW GROUP, P.C.
                                                               125 Warrendale Bayne Road, Suite 200

Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com