FILED
8/27/18 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Larry A. Kovalak, Sr., | : | Case No. 18-23100-GLT |
| Debtor. | : | Chapter   13 |
| Larry A. Kovalak, Sr., | : | |
| Movant, | : | Document No.: |
| v. | : | |
| | : | Related to Document No. 8 |
| American InfoSource LP, Credit One Bank, First Premier, KML Law Group, PC, LVNV Funding, LLC, Peoples Natural Gas Co, Plain Green LLC, Quantum3 Group, LLC, S. James Wallace, P.C., SPS Select Portfolio Servicing, T-Mobile, Verizon, Webbank/Fingerhut, | : | Hearing Date and Time: |
| Creditors, and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Respondents. | : | |

## ORDER OF COURT

This matter is before the Court on Debtor's Expedited Motion to Extend the Automatic Stay. For the reasons stated in the Motion, or by default, it is hereby ORDERED that the Automatic Stay is extended against all creditors until such time as the case is either closed or dismissed or unless a further order of court provides otherwise.

_____
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 18-23100-GLT
Larry A Kovalak, SR                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1          Date Rcvd: Aug 27, 2018
                              Form ID: pdf900         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
db            +Larry A Kovalak, SR,    1811 Renee Drive,    South Park, PA 15129-9359
14892253      +First Premier,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
14892254      +KML Law Group, PC,    Attn: James C. Warmbrodt, Esquire,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
14892257      +People's Natural Gas Company,    PO Box 644760,    Pittsburgh, PA 15264-4760
14892260      +S. James Wallace, P.C.,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
14892262     ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
              (address filed with court: T-Mobile,    POBox 742596,    Cincinnati, OH 45274-2596)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14892251      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2018 02:19:49      American InfoSource LP,
               4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
14892250      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2018 02:20:30      American InfoSource LP,
               PO Box 248838,    Oklahoma City, OK 73124-8838
14892252      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 28 2018 02:19:45       Credit One Bank,
               PO Box 98872,    Las Vegas, NV 89193-8872
14892255      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2018 02:20:08       LVNV Funding, LLC,
               PO Box 10587,    Greenville, SC 29603-0587
14892258      +E-mail/Text: bankruptcypgl@plaingreenloans.com Aug 28 2018 02:10:52       Plain Green LLC,
               93 Mack Road Suite 600,    PO Box 270,    Box Elder, MT 59521-0270
14892259      +E-mail/Text: bnc-quantum@quantum3group.com Aug 28 2018 02:10:05       Quantum3 Group LLC,
               as agent for CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
14892261      +E-mail/Text: jennifer.chacon@spservicing.com Aug 28 2018 02:11:15
               SPS Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
14892263      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 28 2018 02:09:37
                Verizon,    500 Technology Drive, Suite 300,    Weldon Springs, MO 63304-2225
14892264      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 28 2018 02:10:57       Webbank/Fingerhut,
               6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Select Portfolio Servicing as servicer for U.S. Ba
14892256       Mary Kovalak
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Larry A Kovalak, SR bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              James  Warmbrodt    on behalf of Creditor   Select Portfolio Servicing as servicer for U.S. Bank
               NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National
               Association, as trustee, et al.. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4