**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18−23100−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Larry A Kovalak SR
   1811 Renee Drive
   South Park, PA 15129

Social Security No.:
   xxx−xx−9150

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Road<br>Suite 200<br>Warrendale, PA 15086<br>Telephone number:  724−799−8404 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>October 29, 2018<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>October 29, 2018<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 9/26/18

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 18-23100-GLT
Larry A Kovalak, SR                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 2                Date Rcvd: Sep 26, 2018
                              Form ID: rsc13          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db             +Larry A Kovalak, SR,    1811 Renee Drive,    South Park, PA 15129-9359
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14892253       +First Premier,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
14892254       +KML Law Group, PC,    Attn: James C. Warmbrodt, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14892257       +People's Natural Gas Company,    PO Box 644760,    Pittsburgh, PA 15264-4760
14892260       +S. James Wallace, P.C.,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
14892262      ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                (address filed with court:  T-Mobile,    POBox 742596,    Cincinnati, OH 45274-2596)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2018 03:16:07      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14892251       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2018 03:41:44      American InfoSource LP,
                 4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
14892250       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2018 03:26:04      American InfoSource LP,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
14919960        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 03:11:20
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14892252       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 27 2018 03:23:49      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
14892255       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 03:25:34      LVNV Funding, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
14921194        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 03:25:45
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14913562        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 03:24:08
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14892258       +E-mail/Text: bankruptcypgl@plaingreenloans.com Sep 27 2018 03:17:05      Plain Green LLC,
                 93 Mack Road Suite 600,    PO Box 270,    Box Elder, MT 59521-0270
14909948       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 27 2018 03:16:49      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14892259       +E-mail/Text: bnc-quantum@quantum3group.com Sep 27 2018 03:15:47      Quantum3 Group LLC,
                 as agent for CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
14911878        E-mail/Text: bnc-quantum@quantum3group.com Sep 27 2018 03:15:47
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
14892261       +E-mail/Text: jennifer.chacon@spservicing.com Sep 27 2018 03:17:51
                 SPS Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
14892263       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 27 2018 03:14:58
                 Verizon,    500 Technology Drive, Suite 300,    Weldon Springs, MO 63304-2225
14892264       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 27 2018 03:17:12      Webbank/Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Select Portfolio Servicing as servicer for U.S. Ba
14892256        Mary Kovalak
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                           Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: amaz              Page 2 of 2              Date Rcvd: Sep 26, 2018
                              Form ID: rsc13          Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Larry A Kovalak, SR bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              James   Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for U.S. Bank
               NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National
               Association, as trustee, et al.. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5
```