IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Larry A. Kovalak, Sr.<br>         Debtors | 18-23100 GLT<br><br>Chapter 13 Proceeding |
| Citizens Bank of Pennsylvania<br>         Movant | Related to Document No.<br><br>Response Deadline: 11/15/2018 |
| v.<br><br>Larry A. Kovalak, Sr.<br>Ronda J. Winnecour, Esquire<br>         Respondent | Hearing Date: 12/5/2018 @ 10:30 am |

**NOTICE OF HEARING WITH
RESPONSE DEADLINE ON MOTION TO ALLOW
CITIZENS BANK OF PENNSYLVANIA TO FILE A LATE PROOF OF CLAIM**

TO THE RESPONDANT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than November 15, 2018, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, Movant may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

      A hearing will be held on December 5, 2018 at 10:30 am before Judge Gregory L. Taddonio in the Court Room A, 54th Floor, USX Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Date of service: October 29, 2018

    /s/ Mary F. Kennedy
Attorney ID # 77149
1310 Industrial Blvd
1st Floor, Ste 101
Southampton, PA 18966
Phone: (215)942-9690
Fax: (215)942-9695
Attorney for Movant: Citizens Bank of Pennsylvania