IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Larry A. Kovalak, Sr.<br>                Debtors | 18-23100 GLT<br><br>Chapter 13 Proceeding |
| Citizens Bank of Pennsylvania<br>                Movant | Related to Document No.<br><br>Response Deadline: 11/15/2018 |
| v. | Hearing Date: 12/5/2018 @ 10:30 am |
| Larry A. Kovalak, Sr.<br>Ronda J. Winnecour, Esquire<br>                Respondent | |

**CERTIFICATION OF SERVICE OF MOTION TO ALLOW CLAIM AND NOTICE OF MOTION**

      I certify under penalty of perjury that I served the above captioned pleading on the parties at the address specified below or on the attached list on October 29, 2018.

      The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was : <u>electronic notification and</u> <u>first-class mail</u>.

      If more than one method of service was employed, this certificate of service groups the parties by the types of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Electronic notification:

| | |
|---|---|
| Brian C. Thompson, Esquire<br>bthompson@ThompsonAttorney.com<br>Attorney for Debtors(s) | Ronda J. Winnecour, Esquire<br>cmecf@chapter12trusteewdpa.com<br>Trustee |
| S. James Wallace, Esquire<br>sjw@sjwpgh.com | James Warmbrodt, Esquire<br>bkgroup@kmllawgroup.com |

First Class U.S. mail:

Larry A. Kovalak, Sr.
1811 Renee Drive
South Park, PA 15129
Debtors(s)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

American InfoSource LP
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118-7901

American InfoSource LP
PO Box 248838
Oklahoma City, OK 73124-8838

Capital Ome Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

First Premier
3820 N. Louise Ave.
Sioux Falls, SD 57107-0145

LVNV Funding, LLC
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its sucessors and assigns assignee of Arrow Financial Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its sucessors and assigns assignee of MHC Receivables, LLC and FNBM
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

People's Natural Gas Company
PO Box 644760
Pittsburgh, PA 15264-4760

Plain Green LLC
93 Mack Road Suite 600
PO Box 270
Box Elder, MT 59521-0270

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
PO Box 7999
Saint Cloud, MN 56302-7999

Quantum3 Group LLC
As agent for CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788

SPS Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

T Mobile
c/o American InfoSource LP
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118-7901

U.S. Bank NA
c/o SPS Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

Verizon
500 Technology Drive, Suite 300
Welson Springs, MO 63304-2225

Verizon
By American InforSource as agent
PO Box 248838
Oklahoma City, OK 73124-8838

Webbank/Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Executed on: October 29, 2018

LAW OFFICE OF
GREGORY JAVARDIAN, LLC

By: /s/ Mary F. Kennedy, Esquire
    Law Offices of Gregory Javardian
    1310 Industrial Blvd., Ste 101
    Southampton, PA 18966
    215-942-9690
    mary@javardianlaw.com
    Attorney ID 77149