# MINUTES OF CHAPTER 13 341 MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Kovalak Sr._____ JAD/TPA/CMB/**GLT**

Case Number: __18-23100__

Date of Meeting: __10/29/18__     Recording #_____

Debtor(s) present ___ or Not Present __✓__ ( __✓__ No Payments Made or___ partial payments)

Attorney for debtor(s) __Thompson_____ (Present____ or Not Present __✓__ )

Date of Plan at § 341: __8-15-16__     Applicable commitment period ___3 yrs ___5 yrs

no one appeared - second miss

no payments

FILED
2018 OCT 31 AM 9:25
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
__✓__ Meeting NOT HELD         __✓__ Order to Show Cause Requested
                                _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
         _____ 341 Meeting    OR _____ Conciliation Conf. OR ___ *Contested Hearing
         On ____     _____ at ____     am/pm Location _____

_Kate DeSimone_
Chapter 13 Trustee/Attorney for Trustee