IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Larry A. Kovalak, Sr.<br>    Debtors | 18-23100 GLT<br><br>Chapter 13 Proceeding |
| Citizens Bank of Pennsylvania<br>    Movant | Related to Document No. 43<br><br>Response Deadline: 11/15/2018 |
| v. | Hearing Date: 12/5/2018 @ 10:30 am |
| Larry A. Kovalak, Sr.<br>Ronda J. Winnecour, Esquire<br>    Respondent | |

## CERTIFICATION OF SERVICE OF DEFAULT ORDER ON MOTION TO ALLOW LATE PROOF OF CLAIM

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the address specified below or on the attached list on November 20, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was : <u>service by electronic notification and first class U.S. mail</u>.

If more than one method of service was employed, this certificate of service groups the parties by the types of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Service via electronic notification:

| | |
|---|---|
| Brian C. Thompson, Esquire<br>bthompson@ThompsonAttorney.com<br>Attorney for Debtors(s) | Ronda J. Winnecour, Esquire<br>cmecf@chapter12trusteewdpa.com<br>Trustee |
| S. James Wallace, Esquire<br>sjw@sjwpgh.com | James Warmbrodt, Esquire<br>bkgroup@kmllawgroup.com |

{00551352}

Service via first class U.S. mail:

| | |
|---|---|
| Larry A. Kovalak, Sr.<br>1811 Renee Drive<br>South Park, PA 15129<br>Debtors(s) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |
| American InfoSource LP<br>4515 N. Santa Fe Avenue<br>Oklahoma City, OK 73118-7901 | American InfoSource LP<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 |
| Capital Ome Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 |
| First Premier<br>3820 N. Louise Ave.<br>Sioux Falls, SD 57107-0145 | LVNV Funding, LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its sucessors and assigns assignee of Arrow Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its sucessors and assigns assignee of MHC Receivables, LLC and FNBM<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| People's Natural Gas Company<br>PO Box 644760<br>Pittsburgh, PA 15264-4760 | Plain Green LLC<br>93 Mack Road Suite 600<br>PO Box 270<br>Box Elder, MT 59521-0270 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 | Quantum3 Group LLC<br>As agent for CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| SPS Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | T Mobile<br>c/o American InfoSource LP<br>4515 N. Santa Fe Avenue<br>Oklahoma City, OK 73118-7901 |
| U.S. Bank NA<br>c/o SPS Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |

Verizon  
500 Technology Drive, Suite 300  
Welson Springs, MO 63304-2225  

Verizon  
By American InforSource as agent  
PO Box 248838  
Oklahoma City, OK 73124-8838  

Webbank/Fingerhut  
6250 Ridgewood Road  
Saint Cloud, MN 56303-0820  

Executed on: November 20, 2018  

                    LAW OFFICE OF GREGORY
                    JAVARDIAN, LLC

                    By: /s/ Mary F. Kennedy, Esquire  
                          Attorney ID # 77149  
                          1310 Industrial Blvd  
                          1st Floor, Ste 101  
                          Southampton, PA 18966  
                          Phone: (215)942-9690  
                          mary@javardianlaw.com  

{00551352}