**Form 213**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Larry A Kovalak SR**
  Debtor(s)

Bankruptcy Case No.: 18–23100–GLT
Related to Docket No. 49
Chapter: 13
Docket No.: 50 – 49
Concil. Conf.: March 21, 2019 at 10:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **January 28, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **February 12, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **March 21, 2019** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: December 14, 2018

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 18-23100-GLT
Larry A Kovalak, SR                                                 Chapter 13
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2           Date Rcvd: Dec 14, 2018
                              Form ID: 213            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db             +Larry A Kovalak, SR,    1811 Renee Drive,    South Park, PA 15129-9359
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14954813       +Citizens Bank of Pennsylvania,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
14892253       +First Premier,   3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
14892254       +KML Law Group, PC,   Attn: James C. Warmbrodt, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14892257       +People's Natural Gas Company,    PO Box 644760,    Pittsburgh, PA 15264-4760
14892260       +S. James Wallace, P.C.,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
14892262      ++T MOBILE,   C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                 (address filed with court: T-Mobile,    POBox 742596,    Cincinnati, OH 45274-2596)
14924341        UPMC Physician Services,    PO Box 1123,   Minneapolis MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14892251       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2018 02:41:33      American InfoSource LP,
                 4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
14892250       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2018 02:41:33      American InfoSource LP,
                 PO Box 248838,   Oklahoma City, OK 73124-8838
14919960        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 15 2018 02:41:16
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14892252       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 15 2018 02:41:24      Credit One Bank,
                 PO Box 98872,   Las Vegas, NV 89193-8872
14892255       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2018 02:41:56      LVNV Funding, LLC,
                 PO Box 10587,   Greenville, SC 29603-0587
14921194        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2018 02:41:56
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14913562        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2018 02:41:56
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14892258       +E-mail/Text: bankruptcypgl@plaingreenloans.com Dec 15 2018 02:34:28      Plain Green LLC,
                 93 Mack Road Suite 600,    PO Box 270,   Box Elder, MT 59521-0270
14909948       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 15 2018 02:34:15      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14892259       +E-mail/Text: bnc-quantum@quantum3group.com Dec 15 2018 02:33:37      Quantum3 Group LLC,
                 as agent for CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
14911878        E-mail/Text: bnc-quantum@quantum3group.com Dec 15 2018 02:33:37
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,   Kirkland, WA 98083-0788
14892261       +E-mail/Text: jennifer.chacon@spservicing.com Dec 15 2018 02:35:04
                 SPS Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
14929535        E-mail/Text: jennifer.chacon@spservicing.com Dec 15 2018 02:35:04      U.S. Bank NA,
                 c/o Select Portfolio Servicing,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
14922852        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2018 02:41:33      Verizon,
                 by American InfoSource as agent,    PO Box 248838,   Oklahoma City, OK 73124-8838
14892263       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 15 2018 02:33:08
                 Verizon,   500 Technology Drive, Suite 300,    Weldon Springs, MO 63304-2225
14892264       +E-mail/Text: bnc-bluestem@quantum3group.com Dec 15 2018 02:34:34      Webbank/Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Citizens Bank of Pennsylvania
cr              Select Portfolio Servicing as servicer for U.S. Ba
14892256        Mary Kovalak
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Dec 14, 2018
                              Form ID: 213            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
          Brian C. Thompson    on behalf of Debtor Larry A Kovalak, SR bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
           ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
          James    Warmbrodt     on behalf of Creditor    Select Portfolio Servicing as servicer for U.S. Bank
           NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National
           Association, as trustee, et al.. bkgroup@kmllawgroup.com
          Mary F. Kennedy    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,
           tami@javardianlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```