Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Larry A Kovalak SR** | : | Case No. 18−23100−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Dkt. No. 47 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 18th of December, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-23100-GLT
Larry A Kovalak, SR                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: ctak              Page 1 of 2              Date Rcvd: Dec 18, 2018
                              Form ID: 309            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
db           +Larry A Kovalak, SR,    1811 Renee Drive,    South Park, PA 15129-9359
cr           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14954813     +Citizens Bank of Pennsylvania,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
14892254     +KML Law Group, PC,    Attn: James C. Warmbrodt, Esquire,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
14892257     +People's Natural Gas Company,    PO Box 644760,    Pittsburgh, PA 15264-4760
14892260     +S. James Wallace, P.C.,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
14924341      UPMC Physician Services,    PO Box 1123,    Minneapolis MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14892251     +EDI: AIS.COM Dec 19 2018 07:43:00      American InfoSource LP,    4515 N Santa Fe Avenue,
               Oklahoma City, OK 73118-7901
14892250     +EDI: AIS.COM Dec 19 2018 07:43:00      American InfoSource LP,    PO Box 248838,
               Oklahoma City, OK 73124-8838
14919960      EDI: CAPITALONE.COM Dec 19 2018 07:43:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC 28272-1083
14892252     +EDI: RCSFNBMARIN.COM Dec 19 2018 07:43:00      Credit One Bank,    PO Box 98872,
               Las Vegas, NV 89193-8872
14892253     +EDI: AMINFOFP.COM Dec 19 2018 07:43:00      First Premier,    3820 N. Louise Ave.,
               Sioux Falls, SD 57107-0145
14892255     +EDI: RESURGENT.COM Dec 19 2018 07:43:00      LVNV Funding, LLC,    PO Box 10587,
               Greenville, SC 29603-0587
14921194      EDI: RESURGENT.COM Dec 19 2018 07:43:00      LVNV Funding, LLC its successors and assigns as,
               assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
14913562      EDI: RESURGENT.COM Dec 19 2018 07:43:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14892258     +E-mail/Text: bankruptcypgl@plaingreenloans.com Dec 19 2018 02:53:03      Plain Green LLC,
               93 Mack Road Suite 600,    PO Box 270,    Box Elder, MT 59521-0270
14909948     +EDI: JEFFERSONCAP.COM Dec 19 2018 07:43:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14892259     +EDI: Q3G.COM Dec 19 2018 07:43:00      Quantum3 Group LLC,    as agent for CF Medical LLC,
               PO Box 788,    Kirkland, WA 98083-0788
14911878      EDI: Q3G.COM Dec 19 2018 07:43:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
               PO Box 788,    Kirkland, WA 98083-0788
14892261     +E-mail/Text: jennifer.chacon@spservicing.com Dec 19 2018 02:53:22
               SPS Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
14892262      EDI: AISTMBL.COM Dec 19 2018 07:43:00      T-Mobile,    POBox 742596,    Cincinnati, OH 45274-2596
14929535      E-mail/Text: jennifer.chacon@spservicing.com Dec 19 2018 02:53:22      U.S. Bank NA,
               c/o Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14922852      EDI: AIS.COM Dec 19 2018 07:43:00      Verizon,    by American InfoSource as agent,
               PO Box 248838,    Oklahoma City, OK 73124-8838
14892263     +EDI: VERIZONCOMB.COM Dec 19 2018 07:43:00      Verizon,    500 Technology Drive, Suite 300,
               Weldon Springs, MO 63304-2225
14892264     +EDI: BLUESTEM Dec 19 2018 07:43:00      Webbank/Fingerhut,    6250 Ridgewood Road,
               Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Citizens Bank of Pennsylvania
cr            Select Portfolio Servicing as servicer for U.S. Ba
14892256      Mary Kovalak
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-2         User: ctak              Page 2 of 2              Date Rcvd: Dec 18, 2018
                             Form ID: 309            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Larry A Kovalak, SR bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              James    Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for U.S. Bank
               NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National
               Association, as trustee, et al.. bkgroup@kmllawgroup.com
              Mary F. Kennedy    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 6
```